# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| LANE, Gary Lee, Jr. and Tandra Dale, | ) | Case Number 18-80660 |
| | ) | (Chapter 7) |
| | ) | |
| Debtors | ) | |

## REPORT OF SALE

The trustee, CHARLES E. COVEY, submits the following report regarding the sale of the bankruptcy estate's interest in real estate commonly known as 3811 W Camel Ave, Peoria, IL 61615:

1. The sale of the above described Real Estate which was the subject of a Motion for Sale of Real Estate filed on October 22, 2018 as doc. #18 was not successfully sold at auction.

2. A Trustee's Deed vesting the property to the mortgage lender NewRez LLC d/b/a Shellpoint Mortgage Servicing has been prepared and a "carve-out" will be paid to the trustee based on the reserve amount at the final auction event.

WHEREFORE, the trustee prays that the above Report of Sale be approved.

                                                                        /s/ Charles E. Covey_____
                                                                        Charles E. Covey, Trustee

## PROOF OF SERVICE

A copy of this pleading is being electronically served on debtor's attorney and the United States Trustee by the Bankruptcy Court.

                                                                        /s/ Charles E. Covey_____
                                                                          Charles E. Covey